

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00059-CR

Marcelino **ESTRADA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 17-09-0519-CRA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment is AFFIRMED.

SIGNED June 30, 2021.

_____
Lori I. Valenzuela, Justice